**Eversheds Sutherland (US) LLP**
1001 Fannin, Suite 3700
Houston, Texas 77002

D: +1 713.470.6119
F: +1 713.654.1301

jimsilliman@
eversheds-sutherland.com

EVERSHEDS
SUTHERLAND

September 1, 2023

*Via ECF Only*

Molly C. Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

> Re: *Greenstein et al. v. Noblr Reciprocal Exchange*, No. 22-17023: Response to Citation of Supplemental Authority

Dear Clerk of Court:

Defendant-Appellee Noblr Reciprocal Exchange responds to Plaintiffs-Appellants' letter dated August 28, 2023, notifying this Court of the decisions in *Bohnak v. Marsh & McLennan Companies, Inc.*, No. 22-319, 2023 WL 5437558 (2d Cir. Aug. 24, 2023), and *In re GEICO Customer Data Breach Litig.*, No. 1:21-cv-2210, 2023 WL 5524105 (E.D.N.Y. Aug. 28, 2023)

In *Bohnak*, the Second Circuit held that the plaintiff had alleged an injury-in-fact due to an alleged theft of social security numbers ("SSNs"), not a theft of driver's license numbers ("DLNs") as is alleged here. Specifically, the Second Circuit held that, "the allegations of a targeted hack that exposed [Plaintiff's] name and SSN … are sufficient to suggest a substantial likelihood of future harm … to constitute an injury in fact." *Bohnak*, 2023 WL 5437558 at *10. It reasoned that SSNs (not DLNs) are "exactly the kind of information that gives rise to a high risk of identity theft" and "are among the worst kind of personal information to have stolen because they may be put to a variety of fraudulent uses and are difficult … to change." *Id.* (citations omitted).

The *GEICO* decision is an unpublished adoption of a report and recommendation from an out-of-circuit court. In the underlying report and recommendation, the magistrate judge expressly distinguished the allegations

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

49245626.1

Clerk of Court
September 1, 2023
Page 2

in this case, where the plaintiffs did not allege "an actual past injury (e.g., actual misuse of the DLNs resulting in plaintiffs incurring discernable costs)." *In re GEICO Customer Data Breach Litig.*, No. 21-CV-2210, 2023 WL 4778646, at *11, n. 16 (E.D.N.Y. July 21, 2023) (report and recommendation).

Sincerely,

*/s/ Jim Silliman*

Jim Silliman

cc: Counsel of Record (by ECF)

49245626.1

# CERTIFICATE OF COMPLIANCE

The foregoing complies with FED. R. APP. P. 28(j) and Ninth Circuit Rule 28-6 because the body of this letter does not exceed 350 words.

Date: September 1, 2023     EVERSHEDS SUTHERLAND (US) LLP

/s/Jim Silliman
Francis X. Nolan, IV
franknolan@eversheds-sutherland.com
1114 6th Avenue
New York, New York 10036
Telephone: (212) 389-5000

Ian S. Shelton (SBN 264863)
ianshelton@eversheds-sutherland.com
500 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 844-2965

Jim Silliman
jimsilliman@eversheds-sutherland.com
1001 Fannin, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100

Attorneys for Defendant-Appellee
Noblr Reciprocal Exchange

49245626.1

# CERTIFICATE OF SERVICE

I, Jim Silliman, an attorney, hereby certify that I caused a copy of the foregoing Citation of Supplemental Authority under Fed. R. App. P. 28(j) to be served upon the parties who have noticed an appearance through the CM/ECF system.

Date: September 1, 2023         EVERSHEDS SUTHERLAND (US) LLP

/s/Jim Silliman
Francis X. Nolan, IV
franknolan@eversheds-sutherland.com
1114 6th Avenue
New York, New York 10036
Telephone: (212) 389-5000

Ian S. Shelton (SBN 264863)
ianshelton@eversheds-sutherland.com
500 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 844-2965

Jim Silliman
jimsilliman@eversheds-sutherland.com
1001 Fannin, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100

Attorneys for Defendant-Appellee
Noblr Reciprocal Exchange